```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
DAISY NEGRON o/b/o, M.C.N.,               :
                                          :
                         Plaintiff,       :   11 Civ. 8685 (KBF)
                                          :
            -v-                           :   ORDER
                                          :
MICHAEL J. ASTRUE, Commissioner of        :
Social Security,                          :
                                          :
                         Defendant.       :
                                          :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/12

KATHERINE B. FORREST, District Judge:

Whereas defendant was to answer or move with respect to the complaint not later than April 17, 2012, it is hereby

ORDERED that defendant show cause as to why it has not answered or moved with respect to the complaint not later than **August 22, 2012.**

SO ORDERED:

Dated:   New York, New York
         August 20, 2012

*Katherine B. Forrest*
_____
KATHERINE B. FORREST
United States District Judge